**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**(WICHITA DOCKET)**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | Criminal Action |
| ) | |
| v. ) | No. 11-10028-01-EFM |
| ) | |
| **SHAWN MARSHAL CHRISTIANSEN**, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## **INDICTMENT**

The Grand Jury charges:

### **COUNT 1**

On or about the 6th day of December, 2009, in the District of Kansas and elsewhere, the defendant,

**SHAWN MARSHAL CHRISTIANSEN,**

did unlawfully employ, use, persuade, induce, entice and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, to wit: exposing the genitals of a minor approximately 6-7 years old while in front of an active webcamera, and the visual depiction was transported in interstate and foreign commerce by means of a computer via the Internet.

In violation of Title 18, United States Code, Sections 2251(a).

## COUNT 2

On or about April 27, 2009 and continuing to January 8, 2010, in the District of Kansas, the defendant,

**SHAWN MARSHAL CHRISTIANSEN,**

the defendant herein, did knowingly and intentionally possess, or access with intent to view, one or more matters which contained visual depictions of minors, the production of which involved the use of minors engaging in sexually explicit conduct and such visual depictions were of such conduct, that had been mailed, shipped and transported in interstate commerce by computer.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

## FORFEITURE ALLEGATION

Upon conviction of either of the offenses in violation of 18 U.S.C. § 2251(a) or 18 U.S.C. § 2252(a)(4)(B) as set out in Count 1 and 2, respectively, of this Indictment, the defendant,

**SHAWN MARSHAL CHRISTIANSEN**,

shall forfeit to the United States of America, pursuant to 18 U.S.C. § 2253(a)(3), any and all property used or intended to be used in any manner or part to commit or promote the commission of such offense of any property traceable to such property, including but not limited to:

1. HP Pro Web Cam AV165AA.

All pursuant to 18 U.S.C. § 2253 (a).

A TRUE BILL

3/2/2011                                        s/Foreman
DATE                                             FOREMAN OF THE GRAND JURY

s/ Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, KS 67202
barry.grissom@usdoj.gov
Ks. S. Ct. No. 10866

[It is requested that jury trial be held in **Wichita**, Kansas.]