AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | |
|---|---|
| United States of America<br>v.<br>SHAWN MARSHAL CHRISTIANSEN<br>*Defendant* | )<br>)<br>) Case No.   11-10028-01-EFM<br>)<br>) |

**FILED**
U.S. DISTRICT COURT
DISTRICT OF KANSAS
'11 MAR -8 P12:51
CLERK U.S. DISTRICT COURT
BY _____ DEPUTY CLERK
AT WICHITA, KS

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   SHAWN MARSHAL CHRISTIANSEN                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Production of child porn.

See attached indictment for additional charges.

**RECEIVED**
UNITED STATES MARSHAL
MAR 0 3 2011
DISTRICT OF KANSAS
(WICHITA OFFICE)

Date:   03/03/2011

City and state:   Wichita, Kansas

s/ A. Merseal
*Issuing officer's signature*

Timothy M. O'Brien, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)*   3/3/11   , and the person was arrested on *(date)*   3/4/11
at *(city and state)*   Wichita, Kansas   .

Date:   3/7/11

_____
*Arresting officer's signature*

U.K. LANE DUSM FOR ICE
*Printed name and title*