**TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE**

**PART I - TO BE COMPLETED BY APPELLANT WITHIN TEN DAYS OF FILING THE NOTICE OF APPEAL**

SHORT TITLE:  US v. Shawn Marshal Christiansen          DISTRICT:  District of Kansas (Wichita)
DISTRICT COURT NUMBER: 6:11-cr-10028-EFM-1          CIRCUIT COURT NUMBER:  12-3161
NAME OF ATTORNEY: O. Dean Sanderford, Assistant Federal Public Defender
   NAME OF LAW FIRM: FEDERAL PUBLIC DEFENDER
   ADDRESS OF FIRM:  633 17TH STREET, #1000, DENVER, CO 80202
   TELEPHONE OF FIRM: (303) 294-7002   ATTORNEYS FOR:  Shawn Christiansen
NAME OF COURT REPORTER: Jo Wilkinson     TELEPHONE OF REPORTER: 316-315-4334

**PART II - COMPLETE SECTION A OR SECTION B**
**SECTION A - I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**
   [ ] A TRANSCRIPT IS NOT NECESSARY FOR THIS APPEAL, OR
   [ ] THE NECESSARY TRANSCRIPT IS ALREADY ON FILE IN DISTRICT COURT AT Document___.

   [ ] THE NECESSARY TRANSCRIPT WAS ORDERED PREVIOUSLY IN APPEAL
       NUMBER

**SECTION B - I HEREBY ORDER THE FOLLOWING TRANSCRIPT:**
(SPECIFY THE DATE AND PROCEEDING IN THE SPACE BELOW)
VOIR DIRE: _____ : OPENING STATEMENTS: _____ :
TRIAL PROCEEDINGS: _____ : INSTRUCTION CNF: _____ :
JURY INSTRUCTIONS: _____ : CLOSING ARGUMENTS: _____ :
POST TRIAL MOTIONS: _____ : OTHER PROCEEDINGS:  **Change of Plea Hearing held on 12/6/2011** :
(ATTACH ADDITIONAL PAGES IF NECESSARY)

[ ] APPELLANT WILL PAY THE COST OF THE TRANSCRIPT.
MY SIGNATURE ON THIS FORM IS MY AGREEMENT TO PAY FOR THE TRANSCRIPT ORDERED ON THIS FORM.

[**X**] THIS CASE IS PROCEEDING UNDER THE CRIMINAL JUSTICE ACT.
NOTE: LEAVE TO PROCEED *IN FORMA PAUPERIS* DOES NOT ENTITLE APPELLANT TO A FREE TRANSCRIPT. AN ORDER OF THE DISTRICT COURT ALLOWING PAYMENT FOR THE TRANSCRIPT AT GOVERNMENT EXPENSE MUST BE OBTAINED. *SEE* 28 U.S.C. § 753(f).

**CERTIFICATE OF COMPLIANCE**

I CERTIFY THAT I HAVE READ THE INSTRUCTIONS ON THE REVERSE OF THIS FORMA AND THAT COPIES OF THIS TRANSCRIPT ORDER FORM HAVE BEEN SERVED ON THE COURT REPORTER (IF TRANSCRIPT ORDERED), THE CLERK OF U.S. DISTRICT COURT, ALL COUNSEL OF RECORD OR PRO SE PARTIES, AND THE CLERK OF THE U.S. COURT OF APPEALS FOR THE TENTH CIRCUIT. I FURTHER CERTIFY THAT SATISFACTORY ARRANGEMENTS FOR PAYMENT FOR ANY TRANSCRIPT ORDERED HAVE BEEN MADE WITH THE COURT REPORTER(S).

SIGNATURE OF ATTORNEY/PRO SE:  /s/ O. Dean Sanderford, AFPD          DATE: 10-26-2012

**PART III - TO BE COMPLETED BY THE COURT REPORTER**
   UPON COMPLETION, PLEASE FILE ONE COPY WITH THE CLERK OF THE U.S. COURT OF APPEALS AND ONE COPY WITH THE CLERK OF THE U.S. DISTRICT COURT.

DATE ARRANGEMENTS FOR PAYMENT COMPLETED: _____
ESTIMATED COMPLETION DATE: _____
ESTIMATED NUMBER OF PAGES: _____
I CERTIFY THAT I HAVE READ THE INSTRUCTIONS ON THE REVERSE SIDE AND THAT ADEQUATE ARRANGEMENTS FOR PAYMENT HAVE BEEN MADE.

SIGNATURE OF COURT REPORTER: _____          DATE: _____

# AUTHORIZATION FOR PAYMENT OF TRANSCRIPT

1. Jurisdiction (Check One):
   ☐ MAGISTRATE   ☒ DISTRICT   ☐ APPEALS   ☐ OTHER: _____
2. Magistrate Docket #:
3. District Docketing #: 6:11-cr-10028-EFM
4. Appeals Docket #: 12-3161
5. For (District/Circuit): District of Kansas (Wichita)
6. In The Case Of  United States v. Shawn Marshal Christiansen
7. Person Represented: Shawn Marshal Christiansen
8. Location/Organization Code: KSXWI
9. Proceedings In Which Transcripts Are To Be Used (Describe Briefly): Appeal
10. Proceedings To Be Transcribed (Description Of): Change of Plea Hearing held on 12/6/2011
11. Special Needs (Check One If Applicable):
    ☒ Ordinary: $3.65/page (within 30 days)   ☐ 14-day: $4.25/page (within 14 days)   ☐ Expedite: $4.85/page (within 7 days)   ☐ Daily: $6.05/page (next day)   ☐ Hourly: $7.25/page (same day)
12. **I REQUIRE (CHECK ONE):**   ☒ PAPER COPY   ☐ DIGITAL COPY
13. _[signature]_ O. DEAN SANDERFORD   Date: 10/26/12

    REQUEST APPROVED: _[signature]_   10/26/12

    14-DAY/EXPEDITE/DAILY/HOURLY APPROVED: _____

14. Court Reporter/Transcriber Status (check one)
    ☐ OFFICIAL   ☐ CONTRACT   ☒ TRANSCRIBER   ☐ OTHER: _____
15. Full Name Of Payee: Jo Wilkinson
16. Social Security Or Employer ID# Of Payee:
17. Remit To:
18. Telephone Number: 316-315-4334

| 19. Transcript | Include Page # | # of Pages | Rate/Page | Sub-Total | Ded. Amt. Apportioned | Total |
|---|---|---|---|---|---|---|
| A. Original |  |  | $ | $ | $ | $ |
| B. Copy |  |  | $ | $ | $ | $ |
| C. Expenses (itemize): |  |  |  |  |  | $ |
|  |  |  |  |  | 20. Total claimed | $ |

21. Certification of Attorney

Signature of Attorney _____   Date _____